The People ex rel. the Attorney of the United States for the Eastern District of Michigan v. the Judge of Probate of Monroe County.

*Mandamus: Claims of deceased persons.* Mandamus will not lie against a Judge of Probate to compel him to extend the time allowed for creditors to present their claims.

*Heard and decided, November 1st.*

Motion for mandamus.

The petition set forth that the United States claimed a sum of $7,830.75 out of the estate of D. S. Bacon, deceased, by virtue of certain bonds given by him as one of the sureties for a defaulting United States marshal; that by the United States statutes (*Bright. Digest, p.* 18), and also by the statute of Michigan, such a claim had priority above all other claims upon the estate; that the will of the deceased was admitted to Probate, and commissioners were appointed on the second of July, 1866, and the time for the commissioners to receive claims, having been once extended, had expired on the 18th of July, 1867; that the Judge of Probate would neither extend the time under the statute of 1846 (2 *Comp. L.* § 2921), nor examine the claim himself under the statute of 1867 (*Sess. L. p.* 147).

*A. Russell,* District Attorney, for relator,

Contended that a mandatory construction must be given to the permissive language of both statutes, and that the words "may" and "may if he shall think proper" should be held tantamount to the word "shall," when the public interests or individual rights require it, citing *Supervisors v. United States,* 4 *Wall.* 435 (and authorities cited), and moved for a mandamus compelling the Judge of Probate to extend the time.

The Court held that it being a matter within the discretion of the Judge of Probate, mandamus would not lie.